FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a California limited partnership and BIKRAM CHOUDHURY, an Individual,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>EVOLATION YOGA, LLC, a New York limited liability company; et al.,<br><br>    Defendants - Appellees. | No. 13-55763<br><br>D.C. No. 2:11-cv-05506-ODW-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: NOONAN, WARDLAW, and MURGUIA, Circuit Judges.

The panel has voted to deny Appellants' petition for panel rehearing. Judges Wardlaw and Murguia have voted to reject the suggestion for rehearing en banc, and Judge Noonan has so recommended.

The full court has been advised of the suggestion for rehearing en banc, and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Thus, the petition for rehearing is denied and the suggestion for rehearing en banc is rejected.

**IT IS SO ORDERED.**